IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA

CHARLOTTE DIVISION

| | |
|---|---|
| SUZANNE M. STATON and<br>WALLACE H. STATON,<br><br>Plaintiffs,<br><br>vs.<br><br>MERCK & CO., INC.,<br><br>Defendant. | Civil Action No. 3:06-cv-00408<br><br>**<u>ORDER</u>** |

This matter is before the Court on the Joint Motion of Plaintiffs Suzanne M. Staton and Wallace H. Staton ("Plaintiffs") and Defendant Merck & Co., Inc. ("Merck") to stay all proceedings in this action pending resolution of Merck's motion before the Judicial Panel on Multidistrict Litigation for transfer of this case to a single court for coordinated pretrial management, pursuant to 28 U.S.C. § 1407. This Court has reviewed the Joint Motion. For good cause shown, and in the interest of judicial economy, it is hereby

ORDERED that the Joint Motion to Stay All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation is granted, and this case is stayed pending a transfer decision by the Judicial Panel on Multidistrict Litigation. It is further

ORDERED that Merck shall be responsible for notifying the Court when a transfer decision has been made.

**SO ORDERED**.

Signed: October 11, 2006

Carl Horn, III
United States Magistrate Judge